# United States District Court

***Northern District of Mississippi***

**EXHIBIT LIST – DETENTION HEARING**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **CAUSE NUMBER: 3:26-mj-58-RP**

**YAHYA MOHAMED MOSLEH**
**ISLAM YAHYA MOSLEH** **DEFENDANTS**

| **Presiding Judge** | **Plaintiffs' Attorneys** | **Defendants' Attorneys** |
|---|---|---|
| Magistrate Judge Jane M. Virden | Clyde McGee, IV<br>John L. Herzog, Jr. | M. Scott Davis.<br>A.E. Harlow, Jr. |
| **Hearing Date** | **Official Court Reporter** | **Courtroom Deputy** |
| October 1, 2026 | Digital | Itonia R. Williams |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | 10/1/2026 | X | X | Photos and documents -no exhibits for #11 and #12 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

★ Include a notation as to the location of any exhibit not held with the case file or not available because of size.