**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.** **CASE NO. 3:26-CR-170-GHD**

**YAHYA MOHAMED MOSLEH** **DEFENDANTS**
**ISLAM YAHYA MOSLEH**

# EXHIBIT LIST

**Motion Hearing**

| **Presiding Judge:** Glen H. Davidson | **Attorneys for Government:** John Leonard Herzog, Jr. Kaylon Alexander McCou | **Attorneys for Defendants:** Michael Scott Davis, FPD Gregory Parks, FPD A.E. Rusty Harlow, CJA |
|---|---|---|
| **Hearing:** 10/9/2026 | **Court Reporter:** Rita Davis | **Courtroom Deputy:** Terrie L. Reed |

| Gov. | Def. | Date Offered | m | a | Description of Exhibits |
|---|---|---|---|---|---|
| G-1 | | 10/9/2026 | X | X | Photo from Victim 1 dorm room – Stewart Hall |
| G-2 | | 10/9/2026 | X | X | Photo from Victim 1 dorm room – Stewart Hall |
| G-3 | | 10/9/2026 | X | X | Photo from Victim 1 dorm room – Stewart Hall |
| G-4 | | 10/9/2026 | X | X | Photo from Victim 2 dorm room |
| G-5 | | 10/9/2026 | X | X | Photo from Victim 2 dorm room |
| G-6 | | 10/9/2026 | X | X | Photo from Victim 2 dorm room |
| G-7 | | 10/9/2026 | X | X | Photo from Victim 2 dorm room |
| G-8 | | 10/9/2026 | X | X | Photo from Victim 2 dorm room |
| G-9 | | 10/9/2026 | X | X | Photo from Victim 2 dorm room |
| G-10 | | 10/9/2026 | X | X | Photo from Victim 2 dorm room |
| G-11 | | 10/9/2026 | X | X | Bank record from parents of deceased victim |
| G-12 | | 10/9/2026 | X | X | Bank record from parents of deceased victim |
| G-13 | | 10/9/2026 | X | X | Packages purchased by confidential informant from Yahya Mosleh at Puff's Vape & Tobacco Store |
| G-14 | | 10/9/2026 | X | X | Packages purchased by confidential informant from Yahya Mosleh at Puff's Vape & Tobacco Store |
| G-15 | | 10/9/2026 | X | X | Packages purchased by confidential informant from Yahya Mosleh at Puff's Vape & Tobacco |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Store |
| G-16 | | 10/9/2026 | X | X | Packages purchased by confidential informant from Yahya Mosleh at Puff's Vape & Tobacco Store |
| G-18 | | 10/9/2026 | X | X | Pictures of SMAX seized |
| G-19 | | 10/9/2026 | X | X | Pictures of SMAX seized |
| G-20 | | 10/9/2026 | X | X | Pictures of SMAX seized |
| G-21 | | 10/9/2026 | X | X | City Ordinance prohibiting the sale of Kratom |
| G-22 | | 10/9/2026 | X | X | Federal statute for the schedule of controlled substances |
| G-23 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-24 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-26 | | 10/9/2026 | X | X | State search warrant-Puff's Vape & Tobacco Store |
| G-27 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-28 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-29 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-30 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-31 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-32 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-33 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-34 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-35 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| G-36 | | 10/9/2026 | X | X | Crime Lab report from DEA |
| | | | | | |